SCHWENKE ET AL. V. THE UNION DEPOT AND R. R. COMPANY.

*Appeal from the District Court of Arapahoe County.*

*Per Curiam:* This action is similar to the one just decided between the same parties. The identical questions there determined are here re-presented in precisely the same manner. A different lot or parcel of land is in controversy, but the same principles govern both cases. Obviously a repetition of the argument is unnecessary.

The judgment of the district court will be affirmed.

*Affirmed.*